# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-60055

---

United States Court of Appeals
Fifth Circuit
**FILED**
February 19, 2026
Lyle W. Cayce
Clerk

Vistra Corporation; Dynegy Marketing and Trade, L.L.C.; LS Power Development, L.L.C.; Alpha Generation, L.L.C.; Electric Power Supply Association; New England Power Generators Association, Incorporated; National Grid Renewables Development, L.L.C.; Independent Power Producers of New York, Incorporated; The PJM Power Providers Group; Leeward Renewable Energy, L.L.C.; RWE Clean Energy, L.L.C.; DESRI Holdings, L.P.; Invenergy Wind Development North America, L.L.C.; Invenergy Solar Development North America, L.L.C.; Lightsource Renewable Energy Operations, L.L.C.; NextEra Energy Resources, L.L.C.,

*Petitioners,*

versus

Federal Energy Regulatory Commission,

*Respondent,*

consolidated with

---

No. 25-60149

---

Invenergy Nelson, L.L.C.,

No. 25-60055
c/w Nos. 25-60149, 25-60329, 25-60453

*Petitioner,*

*versus*

Federal Energy Regulatory Commission,

*Respondent,*

consolidated with
_____

No. 25-60329
_____

Leeward Renewable Energy, L.L.C.; RWE Clean Energy, L.L.C.; DESRI Holdings, L.P.; Invenergy Wind Development North America, L.L.C.; Invenergy Solar Development North America, L.L.C.; Lightsource Renewable Energy Operations, L.L.C.; NextEra Energy Resources, L.L.C.; Vistra Corporation; Dynegy Marketing and Trade, L.L.C.; LS Power Development, L.L.C.; Alpha Generation, L.L.C.; Electric Power Supply Association; New England Power Generators Association, Incorporated; Geronimo Power, L.L.C.; Independent Power Producers of New York, Incorporated; The PJM Power Providers Group,

*Petitioners,*

*versus*

Federal Energy Regulatory Commission,

*Respondent,*

consolidated with

2

No. 25-60055
c/w Nos. 25-60149, 25-60329, 25-60453

_____

No. 25-60453

_____

Public Service Electric & Gas Company; PSEG Power, L.L.C.; PSEG Energy Resources & Trade, L.L.C.,

*Petitioners,*

*versus*

Federal Energy Regulatory Commission,

*Respondent.*

_____

Petitions for Review from Orders of the
Federal Energy Regulatory Commission
Agency No. 189 FERC 61,034
Agency No. 189 FERC 62,127
Agency No. RM22-2-000
Agency No. 191 FERC 61,188
Agency No. 189 FERC 61,034
Agency No. 191 FERC 61,188

_____

ORDER:

IT IS ORDERED that petitioners' unopposed motion for clarification is GRANTED. The parties may use the briefing schedule and word limits set forth on page 3 of petitioners' motion for clarification. The parties are permitted to use a deferred appendix under Federal Rule of Appellate Procedure 30(c)(1), due seven days after the reply briefs.

No. 25-60055
c/w Nos. 25-60149, 25-60329, 25-60453

       /s/ Jennifer Walker Elrod
      JENNIFER WALKER ELROD
      *Chief Judge*